THE J. A. MAHLSTEDT LUMBER AND COAL COMPANY, Respondent, *v.* K. T. K. HOLDING CORPORATION et al., Appellants, Impleaded with Another.

(Submitted April 18, 1934; decided May 22, 1934.)

*B. Leo Schwarz* and *Edward B. McLaughlin* for appellants.

*William D. Cunningham, Max Frank, William McKinley* and *Isidor Enselman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ.